```
 1                UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF DELAWARE

 3

 4     PRAGMATUS TELECOM LLC         :    CA NO. 14-26-RGA

 5              Plaintiff,           :    March 12, 2015

 6                                   :

 7     v.                            :    2:04 O'clock p.m.

 8                                   :

 9     GENESYS TELECOMMUNICATIONS    :

10     LABORATORIES, et al,          :

11                                   :

12              Defendants,          :

13     ............................:

14

15

16              TRANSCRIPT OF DISCOVERY DISPUTE

17           BEFORE THE HONORABLE RICHARD G. ANDREWS

18                UNITED STATES DISTRICT JUDGE

19

20

21     APPEARANCES:

22

23     For Plaintiff:     FARNAN LLP.

24                        BY:  BRIAN E. FARNAN, ESQ

25                        BY:  MICHAEL J. FARNAN, ESQ
```

```
 1
 2
 3     For Defendants:        MORRIS, NICHOLS, ARSHT & TUNNELL
 4                            BY:  KAREN JACOBS, ESQ
 5                            BY:  MICHAEL J. FLYNN, ESQ
 6                            For Defendants Aspect & Interactive
 7                            Intelligence
 8
 9                            BALLARD SPAHR LLP.
10                            BY:  BETH MOSKOW-SCHNOLL, ESQ
11                            BY:  JOHN J. CUDDIHY, ESQ
12                            For Defendant inContact
13
14                            RICHARDS, LAYTON & FINGER
15                            BY:  JEFFREY L. MOYER, ESQ
16                                      -and-
17                            CHRISTIAN PARKER & HALE LLP
18                            BY:  ART HASAN, ESQ
19                            For Defendant Genesys Telecommunications
20
21
22
23
24     Court Reporter:        LEONARD A. DIBBS
25                            Official Court Reporter
```

```
 1                P R O C E E D I N G S
 2
 3           THE COURT:  Good afternoon.  Please be seated
 4           All right.  Who's here for the plaintiff?
 5           Mr. Farnan.
 6           MR. B. FARNAN:  Good afternoon, your Honor.
 7           With me today is Marc Belloli, Elizabeth Day and Dave
 8   Alberti, all from Feinberg Day Alberti & Thompson along with
 9   Michael Farnan and Brian Farnan.
10           THE COURT:  All right.
11           Yes.  You fooled me there.
12           When do have we have here for the defendants?
13           Why don't we start down there with Flynn, or I guess,
14   Ms. Jacobs.
15           MR. FLYNN:  Good afternoon, your Honor.  Michael Flynn
16   along with Karen Jacobs of Morris Nichols.  We are here on
17   behalf of Interactive Intelligence, Aspect and LiveOps.
18           THE COURT:  All right.
19           MS. MOSKOW-SCHNOLL:  Good afternoon, your Honor.
20           Beth Moskow-Schnoll and John Cuddihy from Ballard
21   Spahr.  We're here on behalf of inContact.
22           All right.
23           Mr. Moyer.
24           MR. MOYER:  Good afternoon, your Honor.
25           Jeff Moyer from Richards Layton.
```

1          I have with me Art Hasan from the Christian Parker &
2   Hale from California for Genesys.
3          THE COURT:  So there were a couple letters here.
4          The defendants seem to be moving for a stay without
5   actually filing a motion.  And I'm not entirely sure what the
6   plaintiffs wanted.
7          I did see that there was a Scheduling Order.
8          Do we actually have a schedule in these cases.
9          MR. BELLOLI:  We actually do have a schedule in these
10  cases.
11         What happened in December was, the default disclosures
12  got a little off the rails.  Now, this is a dispute over whether
13  we continue with the default rules or not.
14         THE COURT:  All right.
15         Why don't we just talk -- and I thought I saw
16  somewhere, but I see a lot of paper and it gets a little jumbled
17  up in my head.
18         The motion -- the briefing on this Section 101 Motion.
19  Is that now complete?
20         MR. HASAN:  It's fully briefed, your Honor, as of
21  yesterday evening.
22         THE COURT:  All right.
23         Is this something that you would all like to have a
24  oral argument on?
25         MR. HASAN:  We would.  We asked for oral argument.

```
 1                THE COURT:  All right.
 2                Why don't we pick a date to do that.
 3                MR. HASAN:  Okay.
 4                I really have not read the briefing yet.
 5                What kind of time frame did you have in mind?
 6                MR. HASAN:  Defendants are able to have it heard as
 7    soon as the Court is ready.
 8                MR. BELLOLI:  We have back-to-back trials with Judge
 9    Robinson starting on Monday.  We probably won't be available
10    until the second.
11                THE COURT:  Why are there so many of you here?
12                I guess it's because you were here for other reasons.
13                MR. BELLOLI:  We're here for other reasons as well.
14                THE COURT:  All right.
15                Back-to-back trials with Judge Robinson.
16                Is that something that will take up all your time?
17                That's actually starting on next Monday?
18                MR. BELLOLI:  Monday, correct.
19                THE COURT:  You think they're one week each?
20                How long do you expect them to keep you busy and give
21    then give yourself two or three days to recover.
22                MR. BELLOLI:  The last of trial is the 31st, correct?
23                MS. DAY:  Correct.
24                MR. BELLOLI:  The first or second is fine, if that
25    works for your Honor.
```

```
1              THE COURT:  Well, I do have time available on the
2    first.  I'm hesitant to schedule it when -- when does the last
3    trial with Judge Robinson start?
4              MR. BELLOLI:  It will be completed on the 31st for
5    sure.  That trial starts on the 27th?
6              MS. DAY:  26.
7              MR. BELLOLI:  The second trial is shorter.  Just one
8    patent on liability.
9              MS. DAY:  She's allocated ten hours per side.
10             THE COURT:  Okay.  I could do this on April Fools day.
11             MR. BELLOLI:  Don't do it.
12             THE COURT:  All right.
13             Do you think you'll be doing this for your side?
14             MR. HASAN:  We'll do it as a group, but I believe Ms.
15   Elson from Aspect will be taking the lead.
16             She's not here today with us.
17             THE COURT:  All right.
18             Is she available on April 1st?
19             MS. JACOBS:  We will make every effort to make her
20   available on April 1st.  I assume if that becomes an issue,
21   we'll come back and make a moderate modification.
22             THE COURT:  Why don't we do that for 9:00 a.m. on April
23   1st.
24             Realistically, in terms of the discovery, my
25   inclination is not to address it right now because I have seen
```

```
1    these patents before.  I think the oral argument and resolution
2    of the 101 issue presents a great opportunity for
3    simplification.  And we are otherwise early in the case, and I
4    don't think actually the amount of time that it will take to get
5    to them, make the argument and to decide it, not a significant
6    amount of time.
7         I think there's no prejudice to the plaintiff from
8    basically just staying things until the Section 101 issues are
9    resolved.
10        Although, I don't really like getting, you know,
11   somehow I don't think this stay came exactly to me the way it
12   should have come.
13        But, in any event, I think it is, in fact, justified.
14        So, I'm going to stay everything in -- whichever cases
15   we're talking about, which I take it is all Pragmatus cases?
16        MR. BELLOLI:  Yes, there are five.
17        THE COURT:  Only five?
18        MR. BELLOLI:  Yes.
19        THE COURT:  Okay.
20        If the defendants would submit some very simple Order
21   staying the case until the Section 101 Motions are decided, I
22   would appreciate that, all right?
23        MR. HASAN:  We'll do so, your Honor.
24        THE COURT:  All right.
25        MR. BELLOLI:  Very good.
```

```
1              THE COURT:  Anything else?
2              MR. BELLOLI:  I think that covers it.
3              THE COURT:  I'll let you get back to preparation for
4    Judge Robinson's trial.
5              MR. BELLOLI:  Thank you, your Honor.
6              THE COURT:  Did you come from California today?
7              MR. HASAN:  Yes.
8              THE COURT:  I take it you're not involved in that
9    trial?
10             MR. HASAN:  No.
11             THE COURT:  Nice seeing you all.
12             (At the time the conference concluded.)
13                       *  *  *  *  *
14
15
16
17
18
19
20
21
22
23
24
25
```